JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aqulina Mwelu George,<br><br>        Plaintiff,<br><br>  v.<br><br>Angela Soila Kasaine,<br><br>        Defendant. | CASE NO. CV14-02863-AB-MRW<br><br>[~~PROPOSED~~] **JUDGMENT** |

Pursuant to the Court's May 5, 2015 Order granting Plaintiff's Motion for Entry of Default Judgment, IT IS HEREBY ADJUDGED AND ORDERED that:

1. Default judgment is entered in favor of plaintiff Aqulina Mwelu George ("Plaintiff") against defendant Angela Soila Kasaine ("Defendant") as follows:

   a. Plaintiff shall recover $234,349.65 in damages against Defendant;

   b. Plaintiff shall recover $3,416.32 in prejudgment interest, calculated from November 19, 2013 to May 4, 2015, against Defendant; and

   c. Plaintiff shall recover $53,747.00 in attorneys' fees and $1,371.50 in costs against Defendant.

Dated: _May 20, 2015

By: _____
Honorable André Birotte Jr.
United States District Judge

- 1 -

[PROPOSED] JUDGMENT
(No. CV14-02863-AB-MRW)