JASON STRABO (SBN 246426)
Email:    jstrabo@mwe.com
MCDERMOTT WILL & LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone: (310) 277-4110; Fax: (310) 277-4730

GUS MAY (SBN 159436)
Email:    gmay@bettzedk.org
DANIELLE LANG (SBN 801891)
Email:    dlang@bettzedk.org
BET TZEDEK LEGAL SERVICES
3250 Wilshire Boulevard, 13th Floor
Los Angeles, CA 90010-1509
Telephone: (323) 648-4705; Facsimile: (213) 471-4568

Attorneys for Plaintiff
AQULINA MWELU GEORGE

RUSSELL I. GLAZER (SBN 166198)
Email:    rglazer@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Telephone: (310) 553-4441; Facsimile: (310) 201-4746

JEFFREY HORTON THOMAS (SBN 131365)
Email:    jthomas@ThomasEmploymentLaw.com
DANIEL T. HO (SBN 205852)
Email:    dho@ThomasEmploymentLaw.com
DOUGLAS G. CHAPMAN III (SBN 113086)
Email:    dchapman@ThomasEmploymentLaw.com
THOMAS EMPLOYMENT LAW ADVOCATES, APC
9200 West Sunset Boulevard, Suite 804
West Hollywood, California 90069
Telephone: (310) 276-5297; Fax; (323) 443-1736

Attorneys for Defendant
ANGELA SOILA KASAINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQULINA MWELU GEORGE,<br><br>           Plaintiff,<br><br>     v.<br><br>ANGELA SOILA KASAINE,<br><br>           Defendant. | Case No. CV14-02863-AB-MRW<br><br>STIPULATION TO SET ASIDE DEFAULT JUDGMENT AND DISMISS LAWSUIT<br><br>Complaint Filed:  April 14, 2014<br>Trial Date:         None Set |

TroyGould PC

STIPULATION TO SET ASIDE DEFAULT JUDGMENT AND DISMISS LAWSUIT

03608-0002 272861.3

1  WHEREAS, on April 14, 2014, George filed suit against Kasaine in the United States District Court for the Central District of California, in a matter entitled Aqulina Mwelu George v. Angela Soila Kasaine, Case No. CV14-02863-AB-MRW (the "Action");

WHEREAS, in the Action, George asserted claims for allegedly unpaid wages and related damages arising from her employment by Kasaine;

WHEREAS, on May 20, 2014, Kasaine filed an Answer in the Action, denying all allegations of wrongdoing;

WHEREAS, on June 13, 2015, George filed a First Amended Complaint;

WHEREAS, on July 7, 2015, Kasaine filed an Answer to the First Amended Complaint, denying all allegations of wrongdoing;

WHEREAS, on February 23, 2015, the Court granted George's Motion to Strike Kasaine's Answer to the First Amended Complaint and to enter default against Kasaine on the ground that Kasaine had failed to comply with a court order requiring her to provide written disclosures pursuant to Federal Rule of Civil Procedure 26, to reply to written discovery requests, and to attend a deposition;

WHEREAS, on May 5, 2015, the Court granted George's Motion for Entry of Default Judgment;

WHEREAS, on May 20, 2015, the Court entered a Default Judgment in favor of George and against Kasaine in the total amount of $292,884.47 (the "Default Judgment");

WHEREAS, if the Parties had not reached a settlement of the Action, Kasaine intended to file a Motion to Set Aside the Default Judgment and Entry of Default pursuant to Federal Rules of Civil Procedure 55(c) and 60(b) so that the Action could be litigated on its merits;

WHEREAS, the Parties have agreed to fully, completely and amicably settle all disputes between them, including but not limited to all claims that were or could

TroyGould
PC

1
STIPULATION TO SET ASIDE DEFAULT JUDGMENT AND DISMISS LAWSUIT

03608-0002 272861.3

have been asserted in the Action and all obligations arising from the Default Judgment;

WHEREAS, as a material term of the settlement, the Parties have agreed to mutually seek an Order of the Court setting aside the Default Judgment and dismissing the Action; and

WHEREAS, Federal Rule of Civil Procedure 60(b)(6) empowers the Court to set aside the Default Judgment for "any ... reason that justifies relief";

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel and subject to the approval of the Court, that:

1. The Default Judgment shall be set aside pursuant to Federal Rule of Civil Procedure 60(b)(6);

2. The Action shall be dismissed, with prejudice; and

3. Each party shall bear her own costs and attorneys' fees in the Action.

Dated: Novermber 11, 2015　　　TROYGOULD PC

By: _____
Russell T. Glazer
Attorneys for Defendant
ANGELA SOILA KASAINE

Dated: November 11, 2015　　　JASON STRABO

By: _____
Jason Strabo
Attorneys for Plaintiff
AQULINA MWELU GEORGE