UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQULINA MWELU GEORGE,<br><br>　　　　Plaintiff,<br>　v.<br><br>ANGELA SOILA KASAINE,<br><br>　　　　Defendant. | Case No. CV 14-02863-AB (MRWx)<br><br>[PROPOSED] ORDER SETTING ASIDE DEFAULT AND DEFAULT JUDGMENT AND DISMISSING ACTION |

Having considered the parties' Stipulation to Set Aside Default Judgment and Dismiss Lawsuit (Dkt No. 55), and good cause having been shown, the Court hereby ORDERS that:

1. The Default (Dkt. No. 43) and Default Judgment (Dkt No. 54) entered in this matter are set aside pursuant to Rules 55(c) and 60(b)(6) of the Federal Rules of Civil Procedure;

2. The above-captioned action is dismissed with prejudice; and

3. Each party shall bear her own costs and attorneys' fees in the action.

Dated: November 16, 2015　　　　By: _____
　　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE